No. 82–898. MINNESOTA STATE BOARD FOR COMMUNITY COLLEGES *v.* KNIGHT ET AL.; and

No. 82–977. MINNESOTA COMMUNITY COLLEGE FACULTY ASSN. ET AL. *v.* KNIGHT ET AL. D. C. Minn. [Probable jurisdiction noted, 460 U. S. 1050.] Motion of appellants in No. 82–977 to strike appellees' brief denied.

No. 82–945. SURE-TAN, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. [Certiorari granted, 460 U. S. 1021.] Motion of United Farm Workers of America, AFL–CIO, for leave to file a supplemental brief as *amicus curiae* denied. Motions of American Federation of Labor and Congress of Industrial Organizations and California Rural Legal Assistance Foundation for leave to file briefs as *amici curiae* granted.

No. 82–1047. UNITED STATES *v.* ONE ASSORTMENT OF 89 FIREARMS. C. A. 4th Cir. [Certiorari granted, 459 U. S. 1199.] Motion of Jerome N. Frank Legal Services Organization for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 82–1186. TRANS WORLD AIRLINES, INC. *v.* FRANKLIN MINT CORP. ET AL.; and

No. 82–1465. FRANKLIN MINT CORP. ET AL. *v.* TRANS WORLD AIRLINES, INC. C. A. 2d Cir. [Certiorari granted, 462 U. S. 1118.] Motion of Mark Hammerschlag and Ellen Van Fleet for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 82–1771. UNITED STATES *v.* LEON ET AL. C. A. 9th Cir. [Certiorari granted, 463 U. S. 1206.] Motion of respondents for divided argument granted. Motion of respondents for additional time for oral argument denied.

No. 83–380. IN RE WATERS. Petition for writ of habeas corpus denied.

No. 83–5251. IN RE BANKS ET AL. Petition for writ of mandamus and/or prohibition denied.